IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00365-REB-KLM

RENE GARZA,

    Plaintiff,

v.

THE PEP BOYS – MANNY, MOE & JACK OF DELAWARE, INC.,

    Defendant.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on **Plaintiff's Unopposed Motion to Vacate Scheduling Conference** [Docket No. 11; Filed April 19, 2010] (the "Motion").

    Pending before the Court is Defendant's Motion to Transfer Venue [Docket No. 8]. A Scheduling Conference is set in this matter for April 28, 2010. In the Motion, Plaintiff requests that the Scheduling Conference be vacated and reset upon resolution of Defendant's Motion to Transfer Venue.

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**. The Scheduling Conference set in this matter for April 28, 2010 at 10:30 a.m. is **VACATED**. The Scheduling Conference shall be reset, if necessary, after the Court issues an Order on the pending Motion to Transfer Venue.

Dated: April 20, 2010