IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00365-REB-KLM

RENE GARZA,

   Plaintiff,

v.

THE PEP BOYS – MANNY, MOE & JACK OF DELAWARE, INC.,

   Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

   This matter is before the Court on Plaintiff's **Unopposed Motion to Amend Scheduling Order** [Docket No. 35; Filed January 27, 2011] (the "Motion"). The Motion is premised on the Court granting Defendant's pending Motion for Leave to Designate Responsible Third Parties. Defendant's motion is not yet fully briefed. Accordingly,

   IT IS HEREBY **ORDERED** that the Motion is **DENIED without prejudice**. Until the Court determines the issues of designation of nonparties which are the subject of Defendant's motion, extension of the discovery deadline is premature.

   Dated: January 27, 2011