**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 10-cv-00365-REB-KLM

RENE GARZA,

    Plaintiff,

v.

THE PEP BOYS - MANNY, MOE & JACK OF DELAWARE, INC.,

    Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter is before me on the **Stipulation For Dismissal With Prejudice** [#44] filed March 4, 2011. After reviewing the stipulation and the file, I conclude that the stipulation should be approved and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulation For Dismissal With Prejudice** [#44] filed March 4, 2011, is **APPROVED**;

2. That the Trial Preparation Conference set for June 3, 2011, is **VACATED**;

3. That the jury trial set to commence June 20, 2011, is **VACATED**;

4. That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

Dated March 7, 2011, at Denver, Colorado.

                              **BY THE COURT:**

*/s/ Bob Blackburn*
Robert E. Blackburn
United States District Judge